# Exhibit 21

**Arnold & Porter Kaye Scholer LLP**

**Bill and Payment Summary**

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | - |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | - |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | - |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | - |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | - |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | - |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | - |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | - |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | - |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | - |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | - |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | - |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | - |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | - |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | - |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | - |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | - |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | - |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | - |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | - |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | - |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | - |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | - |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | - |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | - |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | - |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | - |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | - |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | - |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | - |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | - |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | - |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | - |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | - |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | - |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | - |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | - |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | - |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | - |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | - |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | - |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | - |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | - |
| | | **General - Total** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |
| | | **GRAND TOTAL** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**WH_MDL_00355007**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                         March 4, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                               **Invoice#:** 626801
**Our File Number:** 00647/0001                                  **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

|            |                         | Hours |
|------------|-------------------------|------:|
| 01/12/2010 | Ben-Jacob, Michael      | 1.00  |
| 01/21/2010 | Ben-Jacob, Michael      | 0.67  |
| 01/22/2010 | Ben-Jacob, Michael      | 0.08  |
| 01/22/2010 | Ben-Jacob, Michael      | 0.08  |
| 02/02/2010 | Migliaccio, Christopher | 2.75  |
| 02/03/2010 | Migliaccio, Christopher | 1.00  |
| 02/04/2010 | Migliaccio, Christopher | 1.50  |
| 02/05/2010 | Ben-Jacob, Michael      | 0.17  |
| 02/05/2010 | Migliaccio, Christopher | 2.75  |
| 02/11/2010 | Ben-Jacob, Michael      | 0.25  |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

RE: General                                                   **Invoice#:** 626801
**Our File Number:** 00647/0001                               **PAGE:**    2

═══════════════════════════════════════════════════════════════════

████████████████████████████████

02/11/2010  Migliaccio, Christopher                                   3.50

████████████████████████████████

                                    Total Hours................   13.75
            Fees through 02/28/2010...................    $6,026.25


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*
                                Rate        Hours        Fees
Ben-Jacob, Michael            $685.00       2.25      $1,541.25
Migliaccio, Christopher        390.00      11.50       4,485.00

            Fees through 02/28/2010...............   13.75      $6,026.25


Fees this Invoice.........................................................   $6,026.25
**Total Due this Invoice.........................................................   $6,026.25**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

RE: General                                                  **Invoice#:** 626801
**Our File Number:** 00647/0001                                **PAGE:**    3

═══════════════════════════════════════════════════════════════════════════

Kaye Scholer LLP

                                        425 Park Avenue
                                        New York, NY  10022-3598
                                        212-836-8000
                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          WH_MDL_00355010



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          April 12, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 631064
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|            |                      | Hours |
|------------|----------------------|-------|
| 01/20/2010 | Tuchman, L.          | 0.50  |
| 01/20/2010 | Tuchman, L.          | 0.50  |
| 01/20/2010 | Tuchman, L.          | 0.58  |
| 01/21/2010 | Ben-Jacob, Michael   | 0.67  |
| 01/21/2010 | Tuchman, L.          | 0.17  |
| 01/21/2010 | Tuchman, L.          | 0.17  |
| 01/21/2010 | Tuchman, L.          | 0.17  |
| 02/02/2010 | Ben-Jacob, Michael   | 1.00  |
| 03/16/2010 | Ben-Jacob, Michael   | 0.75  |

03/16/2010 Ben-Jacob, Michael
Call w/Matt re tax credits for German withholding on dividends; follow up
meeting w/Greg.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355011**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                                April 12, 2010

    **RE:** General                                                        **Invoice#:** 631064
    **Our File Number:** 00647/0001                                            **PAGE:**   2

===============================================================================

| | | |
|---|---|---:|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

                                                        Total Hours................   13.01

              Fees through 03/31/2010....................................   $8,723.50


\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |


\*-------------------------------OUTSTANDING BALANCE-------------------------------\*


**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355012**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                           April 12, 2010

RE: General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                                    **PAGE:**    3

---

| Invoice# | Date | Amount |
|---|---|---|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due.......................................................... | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $8,723.50 |
| Total Due this Invoice.................................................... | $8,723.50 |
| Prior Balance Due (from above)...................................... | 6,026.25 |
| **TOTAL DUE**............................................................ | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355013

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                            April 12, 2010

RE: General                                            **Invoice#:** 631064
**Our File Number:** 00647/0001                              **PAGE:**    4

=================================================================

Kaye Scholer LLP

                                            425 Park Avenue
                                            New York, NY  10022-3598
                                            212-836-8000
                                            Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355014



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    May 4, 2010
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com
      Attn: John H. van Merkensteijn, III

      **RE:** General                              **Invoice#:** 632796
      **Our File Number:** 00647/0001                      **PAGE:**    1

      **INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/04/2010

      On-Account Fees.................................................    $268.55
      Adjusted Fees...................................................          $268.55
      **Total Due this Invoice**...............................................    **$268.55**

            **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355015**



**425 Park Avenue**
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 632796
Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        May 10, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 633095
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|  |  | **Hours** |
|---|---|---|
| 04/16/2010 | Tuchman, L. | 0.75 |
| | ███████████████████████████████ | |
| 04/19/2010 | Ben-Jacob, Michael | 1.08 |
| | Attention to matters needed for Irish/German dividend deal. | |
| 04/20/2010 | Tuchman, L. | 0.75 |
| | ███████████████████████████████ | |
| 04/22/2010 | Tuchman, L. | 0.33 |
| | ███████████████████████ | |
| 04/23/2010 | Ben-Jacob, Michael | 2.17 |
| | ███████████████████████ | |
| 04/23/2010 | Tuchman, L. | 4.25 |
| | ███████████████████████████ | |
| 04/26/2010 | Ben-Jacob, Michael | 1.17 |
| | ███████████████████████████ | |
| 04/27/2010 | Ben-Jacob, Michael | 0.25 |
| | ██████████████████████████ | |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                                May 10, 2010

RE: General                                                     **Invoice#:** 633095
**Our File Number:** 00647/0001                                      **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════

04/27/2010   Schneider, W.H.                                                      0.25
             ████████████████████████████████████████

04/27/2010   Tuchman, L.                                                          4.58
             ████████████████████████████████████████████████████

04/28/2010   Ben-Jacob, Michael                                                   0.25
             ████████████████████████████████████████

04/28/2010   Tuchman, L.                                                          4.25
             Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and
             conference call with potential investor; office conferences with M. Ben-
             Jacob re: proposed structure; revision of steps outline and charts; research
             carried interest issues and office conference with G. Benson.

04/29/2010   Ben-Jacob, Michael                                                   0.83
             ███████████████████████████████████████████████

04/29/2010   Schneider, W.H.                                                      0.25
             ██████████████████████████████████

04/29/2010   Tuchman, L.                                                          1.83
             ███████████████████████████████████████████████
                                                                      ----------
                                           Total Hours................    22.99

                    Fees through 04/30/2010...................................   $18,940.05


      *-----------------------------TIME AND FEE SUMMARY-----------------------------*
                                     Rate          Hours           Fees
      Ben-Jacob, Michael          $685.00          5.75        $3,938.75
      Schneider, W.H.              875.00          0.50           437.50
      Tuchman, L.                  870.00         16.74        14,563.80
                                               ---------       ---------
                    Fees through 04/30/2010...............    22.99       $18,940.05


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355018**

KAYE SCHOLER LLP

TO:   Argre Management LLC                                           May 10, 2010

RE: General                                                   Invoice#: 633095
Our File Number: 00647/0001                                       PAGE:   3

===========================================================================

*-----------------------COSTS ADVANCED THROUGH 04/30/2010-----------------------*
          Meals                                              $77.90
                                                        --------------------
               Total Costs through 04/30/2010.......................   $77.90


          Fees this Invoice...................................   $18,940.05
          Less Discount of...............................    (3,000.00)
                                                        _____
          Adjusted Fees............................................   $15,940.05
          Costs this Invoice..........................................    $77.90
                                                                    _____
          Total Due this Invoice...................................   $16,017.95
          Applied On-account Value.............................    (268.55)
                                                                    _____
          **TOTAL DUE**..............................................   **$15,749.40**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355019**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    May 10, 2010

RE: General                                                    **Invoice#:** 633095
**Our File Number:** 00647/0001                                **PAGE:**    4

Kaye Scholer LLP

                                                               425 Park Avenue
                                                               New York, NY  10022-3598
                                                               212-836-8000
                                                               Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    June 8, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 635694
**Our File Number:** 00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|            |                     | Hours |
|------------|---------------------|-------|
| 03/01/2010 | Veillette, Rebecca  | 1.50  |
| 03/01/2010 | Veillette, Rebecca  | 1.00  |
| 03/03/2010 | Veillette, Rebecca  | 0.17  |
| 04/25/2010 | Tuchman, L.         | 2.75  |
| 04/26/2010 | Tuchman, L.         | 3.83  |
| 04/30/2010 | Tuchman, L.         | 1.33  |
| 05/02/2010 | Tuchman, L.         | 1.75  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355021**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          June 8, 2010

RE: General                                               **Invoice#:** 635694
**Our File Number:** 00647/0001                              **PAGE:**    2

═══════════════════════════════════════════════════════════════════

| | | |
|---|---|---|
| 05/03/2010 | Tuchman, L. | 0.75 |
| | Telephone conferences with M. Stein and J. Van Merkensteijn. | |
| 05/03/2010 | Benson, Gregg M | 4.00 |
| | ████████████████████████████ | |
| 05/04/2010 | Tuchman, L. | 0.75 |
| | ████████████████████████████ | |
| 05/05/2010 | Tuchman, L. | 0.75 |
| | ████████████████████████████ | |
| 05/05/2010 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob; telephone conference client and review of material re investments. | |
| 05/06/2010 | Tuchman, L. | 1.00 |
| | ████████████████████████████ | |
| 05/06/2010 | Woodard, A.F. | 1.50 |
| | Review of material re possible investment strategies. | |
| 05/07/2010 | Woodard, A.F. | 0.67 |
| | ████████████████████████████ | |
| 05/09/2010 | Tuchman, L. | 1.00 |
| | ████████████ | |
| 05/10/2010 | Woodard, A.F. | 0.25 |
| | ████████████ | |

                                                             -----------
                                       Total Hours................  24.75

             Fees through 05/31/2010...................................  $19,094.80


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355022**

**KAYE SCHOLER** LLP

TO:  Argre Management LLC                                           June 8, 2010

RE: General                                                    **Invoice#:** 635694
**Our File Number:** 00647/0001                                      **PAGE:**  3

|  | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $870.00 | 13.91 | $12,101.70 |
| Woodard, A.F. | 895.00 | 4.17 | 3,732.15 |
| Benson, Gregg M | 625.00 | 4.00 | 2,500.00 |
| Veillette, Rebecca | 285.00 | 2.67 | 760.95 |
| Fees through 05/31/2010.............. | | 24.75 | $19,094.80 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2010----------------------\*

| Transportation | $132.50 |
|---|---|
| Total Costs through 05/31/2010......................... | $132.50 |

| Fees this Invoice......................................................... | $19,094.80 |
|---|---|
| Costs this Invoice........................................................ | $132.50 |
| **Total Due this Invoice..............................................** | **$19,227.30** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355023**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                                June 8, 2010

    **RE:** General                                                **Invoice#:** 635694
    **Our File Number:** 00647/0001                                **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                        425 Park Avenue
                                        New York, NY  10022-3598
                                        212-836-8000
                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355024**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                October 6, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 646735
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                      | Hours |
|------------|----------------------|-------|
| 09/07/2010 | Ben-Jacob, Michael   | 0.33  |
| 09/20/2010 | Tuchman, L.          | 0.42  |
| 09/21/2010 | Ben-Jacob, Michael   | 0.50  |
| 09/21/2010 | Tuchman, L.          | 0.42  |
| 09/27/2010 | Ben-Jacob, Michael   | 0.50  |
| 09/27/2010 | Tuchman, L.          | 1.00  |

Total Hours................. 3.17

Fees through 09/30/2010................................... $2,511.85

\*----------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Ben-Jacob, Michael | $685.00  | 1.33  | $911.05  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

TO:   Argre Management LLC                                          October 6, 2010

  **RE:** General                                              **Invoice#:** 646735
  **Our File Number:** 00647/0001                               **PAGE:**   2

===================================================================================

Tuchman, L.                              870.00        1.84        1,600.80
                  Fees through 09/30/2010...............    3.17      $2,511.85


Fees this Invoice.........................................................................    $2,511.85

**Total Due this Invoice.............................................................**    **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER              WH_MDL_00355027



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 9, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                         **Invoice#:** 653901
**Our File Number:** 00647/0001                              **PAGE:**    1

===================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 11/30/2010

===================================================================

|            |                         | **Hours** |
|------------|-------------------------|-----------|
| 11/09/2010 | Ben-Jacob, Michael      | 1.67      |
|            | Call with Matt regarding dividend transaction.  Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael      | 0.25      |
|            | ████████████████████████ | |
| 11/11/2010 | Soloveichik, Sarah      | 0.17      |
|            | ████████████████████████ | |
| 11/12/2010 | Ben-Jacob, Michael      | 0.33      |
|            | ████████████████████████ | |
| 11/17/2010 | Tuchman, L.             | 2.75      |
|            | ████████████████████████ | |
| 11/18/2010 | Ben-Jacob, Michael      | 0.33      |
|            | ███████████████████      | |
| 11/18/2010 | Gartner, Gary J         | 1.00      |
|            | ████████████            | |
| 11/18/2010 | Tuchman, L.             | 0.83      |
|            | ██████████████████████████ | |
| 11/19/2010 | Ben-Jacob, Michael      | 0.17      |
|            | █████████████████████   | |
| 11/19/2010 | Gartner, Gary J         | 1.83      |
|            | █████████████████       | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355028**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                December 9, 2010

    **RE:** General                                          **Invoice#:** 653901
    **Our File Number:** 00647/0001                          **PAGE:**    2

═══════════════════════════════════════════════════════════════════════════



| Date | Name | | Hours |
|------|------|---|-------|
| 11/22/2010 | Ben-Jacob, Michael | | 0.58 |
| 11/22/2010 | Gartner, Gary J | | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | | 0.92 |
| 11/24/2010 | Gartner, Gary J | | 1.92 |
| 11/24/2010 | Tuchman, L. | | 0.58 |
| 11/30/2010 | Gartner, Gary J | | 0.92 |
| 11/30/2010 | Tuchman, L. | | 2.00 |

                                                   Total Hours................ 27.67

                   Fees through 11/30/2010................................... $22,438.45

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|------|-------|------|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355029**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    December 9, 2010

RE: General                                                   **Invoice#:** 653901
**Our File Number:** 00647/0001                               **PAGE:**    3

═══════════════════════════════════════════════════════════════════════════════

| | | | |
|---|---:|---:|---:|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---:|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due......................................................... | | $2,511.85 |

| | | |
|---|---:|---:|
| Fees this Invoice................................................. | $22,438.45 | |
| Less Discount of................................................. | (2,069.85) | |
| Adjusted Fees......................................................... | | $20,368.60 |
| Total Due this Invoice......................................... | | $20,368.60 |
| Prior Balance Due (from above)................................ | | 2,511.85 |
| **TOTAL DUE**.......................................................... | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355030**

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    January 28, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                               **Invoice#:** 657645
**Our File Number:** 00647/0001                               **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|            |                                                                                          | **Hours** |
|------------|------------------------------------------------------------------------------------------|-----------|
| 12/01/2010 | Gartner, Gary J                                                                          | 1.75      |
|            | Telephone conference regarding withholding issue and consideration of Code provision.    |           |
| 12/01/2010 | Scheine, Jeffrey D                                                                       | 0.50      |
|            | Discussion with Louis Tuchman concerning foreign tax credit issues.                      |           |
| 12/01/2010 | Tuchman, L.                                                                              | 2.17      |
|            | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ███████████████████ |           |
| 12/01/2010 | Soloveichik, Sarah                                                                       | 0.17      |
|            | Received background information from Louis Tuchman.                                       |           |
| 12/02/2010 | Ben-Jacob, Michael                                                                       | 1.17      |
|            | ████████████████████████████████                                                         |           |
| 12/02/2010 | Gartner, Gary J                                                                          | 1.08      |
|            | Consider issues regarding single stock future.                                           |           |
| 12/02/2010 | Tuchman, L.                                                                              | 0.25      |
|            | Office conference with M.B. Jacobs re: domain trading.                                    |           |
| 12/03/2010 | Ben-Jacob, Michael                                                                       | 1.00      |
|            | ████████████████████████████████                                                         |           |
| 12/03/2010 | Gartner, Gary J                                                                          | 0.83      |
|            | ████████████████████████████████                                                         |           |
| 12/03/2010 | Soloveichik, Sarah                                                                       | 2.33      |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                            January 28, 2011

RE: General                                          Invoice#: 657645
Our File Number: 00647/0001                              PAGE:   2

===========================================================================

|  |  |  |
|---|---|---|
|  | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. |  |
| 12/03/2010 | Soloveichik, Sarah | 0.75 |
|  | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. |  |
| 12/06/2010 | Ben-Jacob, Michael | 1.58 |
|  | Call with Jerome re German tax refund/FTC questions ████████ ████████████████████████████████████████████████ |  |
| 12/06/2010 | Wells, Peter B | 2.58 |
|  | ████████████████████████████████████████████████ |  |
| 12/07/2010 | Ben-Jacob, Michael | 1.08 |
|  | ████████████████████████████████████████████████ |  |
| 12/07/2010 | Wells, Peter B | 4.42 |
|  | ████████████████████████████████████████████████ |  |
| 12/08/2010 | Ben-Jacob, Michael | 1.67 |
|  | ████████████████████████████████████████████████ |  |
| 12/08/2010 | Tuchman, L. | 1.25 |
|  | ████████████████████████████████████████████████ |  |
| 12/08/2010 | Wells, Peter B | 1.42 |
|  | ████████████████████████████████████████████████ |  |
| 12/09/2010 | Ben-Jacob, Michael | 0.33 |
|  | ████████████████████████████████████ |  |
| 12/09/2010 | Wells, Peter B | 1.67 |
|  | ████████████████████████████████████████████████ |  |
| 12/15/2010 | Ben-Jacob, Michael | 0.25 |
|  | ████████████████████████████ |  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355033**

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                         January 28, 2011

    RE: General                                                    **Invoice#:** 657645
    **Our File Number:** 00647/0001                               **PAGE:**    3

====================================================================================

12/21/2010   Ben-Jacob, Michael    ██████████████████████              0.50

12/22/2010   Ben-Jacob, Michael    ███████████████████████             0.25

12/28/2010   Wells, Peter B        ████████████████████████████████    1.17

12/30/2010   Wells, Peter B        █████████████████████               0.25
                                                                   -----------
                                        Total Hours................    30.42

            Fees through 12/31/2010...................   $18,780.00


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                        | Rate      | Hours  | Fees        |
|------------------------|-----------|--------|-------------|
| Ben-Jacob, Michael     | $685.00   | 7.83   | $5,363.55   |
| Gartner, Gary J        | 930.00    | 3.66   | 3,403.80    |
| Scheine, Jeffrey D     | 820.00    | 0.50   | 410.00      |
| Tuchman, L.            | 870.00    | 3.67   | 3,192.90    |
| Soloveichik, Sarah     | 290.00    | 3.25   | 942.50      |
| Wells, Peter B         | 475.00    | 11.51  | 5,467.25    |

            Fees through 12/31/2010...............   30.42   $18,780.00


            Fees this Invoice...................................   $18,780.00
            Less Discount of................................      (3,780.00)
            Adjusted Fees...........................................................   $15,000.00

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

RE: General                                                   Invoice#: 657645
Our File Number: 00647/0001                                   PAGE:    4

=====================================================================================

**Total Due this Invoice**................................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                                      March 15, 2011
     40 West 57th Street
     New York, New York  10019
     Attn: John H. van Merkensteijn, III


**RE:** General                                                    **Invoice#:** 663115
**Our File Number:** 00647/0001                                         **PAGE:**   1


## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

|            |                                                                                                      | Hours |
|------------|------------------------------------------------------------------------------------------------------|------:|
| 02/01/2011 | Ben-Jacob, Michael                                                                                   | 1.33  |
|            | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. |       |
| 02/02/2011 | Ben-Jacob, Michael                                                                                   | 1.00  |
|            | Call with John re ex-dividend transaction; related consideration of memo.                            |       |
| 02/03/2011 | Ben-Jacob, Michael                                                                                   | 0.25  |
|            | Attention to memo.                                                                                   |       |
| 02/04/2011 | Abramowitz, L.                                                                                       | 0.50  |
|            | Office conference Ben-Jacob; research UBTI with respect to church; correspondence.                   |       |
| 02/04/2011 | Ben-Jacob, Michael                                                                                   | 0.58  |
|            | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues.           |       |
| 02/06/2011 | Ben-Jacob, Michael                                                                                   | 0.33  |
|            | Review US/German Tax treaty and structuring memo.                                                    |       |
| 02/07/2011 | Ben-Jacob, Michael                                                                                   | 1.25  |
|            | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. |       |
| 02/07/2011 | Tuchman, L.                                                                                          | 1.67  |
|            | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. |       |
| 02/07/2011 | Woodard, A.F.                                                                                        | 0.17  |
|            | Review of material re German investment.                                                             |       |
| 02/07/2011 | Wells, Peter B                                                                                       | 1.25  |
|            | ██████████████████████████                                                                           |       |
| 02/08/2011 | Ben-Jacob, Michael                                                                                   | 1.25  |
|            | Call with Matt, John and Jerome re ex-dividend transaction ██████████████                            |       |

KAYE SCHOLER LLP

TO:     Argre Management LLC                                          March 15, 2011

RE: General                                                   **Invoice#:** 663115
**Our File Number:** 00647/0001                                **PAGE:**   2

════════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| 02/08/2011 | Tuchman, L. | | 3.25 |
| | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | | |
| 02/08/2011 | Woodard, A.F. | | 1.84 |
| | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | | |
| 02/08/2011 | Wells, Peter B | | 1.00 |
| | ███████████████████████████████ | | |
| 02/09/2011 | Ben-Jacob, Michael | | 1.83 |
| | Calls with John re ex-dividend transaction; related conference call with London advisors. | | |
| 02/09/2011 | Tuchman, L. | | 2.17 |
| | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | | |
| 02/09/2011 | Woodard, A.F. | | 0.92 |
| | Conference call client; office conference L. Tuchman and review of material. | | |
| 02/09/2011 | Wells, Peter B | | 0.67 |
| | ███████████████████████████████ | | |
| 02/09/2011 | Wells, Peter B | | 1.50 |
| | ███████████████████████████████ | | |
| 02/10/2011 | Ben-Jacob, Michael | | 0.50 |
| | ███████████████████████████████ | | |
| 02/10/2011 | Eichel, Steven R | | 0.54 |
| | ███████████████████████████████ | | |
| 02/10/2011 | Wells, Peter B | | 1.50 |
| | ███████████████████████████████ | | |
| 02/11/2011 | Ben-Jacob, Michael | | 0.75 |
| | ███████████████████████████████ | | |
| 02/11/2011 | Eichel, Steven R | | 0.67 |
| | ███████████████████████████████ | | |

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                         March 15, 2011

**RE:** General                                                   **Invoice#:** 663115
**Our File Number:** 00647/0001                                    **PAGE:**   3

===========================================================================



| Date | Name | Hours |
|------|------|-------|
| 02/11/2011 | Wells, Peter B | 1.25 |
| 02/14/2011 | Wells, Peter B | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | 0.75 |
| 02/16/2011 | Wells, Peter B | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | 0.75 |
| 02/23/2011 | Eichel, Steven R | 0.17 |
| 02/23/2011 | Wells, Peter B | 0.75 |
| 02/24/2011 | Wells, Peter B | 1.00 |
| 02/25/2011 | Wells, Peter B | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | 0.08 |
| 02/28/2011 | Wells, Peter B | 0.75 |

Total Hours................. 35.55

Fees through 02/28/2011.................................... $24,855.40

*-------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate        Hours          Fees

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          March 15, 2011

RE: General                                                      **Invoice#:** 663115
**Our File Number:** 00647/0001                                        **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice.................................................        $24,855.40
Less Discount of.................................................         (4,000.00)
Adjusted Fees.........................................................................        $20,855.40
**Total Due this Invoice................................................................        $20,855.40**

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER      WH_MDL_00355041

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 9, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                            **Invoice#:** 676549
**Our File Number:** 00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|            |                  | **Hours** |
|------------|------------------|-----------|
| 07/12/2011 | Eichel, Steven R | 0.75      |
| 07/19/2011 | Tuchman, L.      | 0.75      |

Total Hours................. 1.50

Fees through 07/31/2011..................................... $1,173.75

*----------------------------------TIME AND FEE SUMMARY---------------------------------*

|                  | Rate     | Hours | Fees     |
|------------------|----------|-------|----------|
| Tuchman, L.      | $875.00  | 0.75  | $656.25  |
| Eichel, Steven R | 690.00   | 0.75  | 517.50   |
| Fees through 07/31/2011............... | | 1.50 | $1,173.75 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------*

| Transportation                         | $293.70 |
|----------------------------------------|---------|
| Messengers/Courier                     | 26.25   |
| Total Costs through 07/31/2011........................ | $319.95 |

| Fees this Invoice.......................................................... | $1,173.75 |
|---------------------------------------------------------------------------|-----------|
| Costs this Invoice......................................................... | $319.95 |
| **Total Due this Invoice.................................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355042**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                        September 12, 2011
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III


**RE:** General                                  **Invoice#:** 679893
**Our File Number:** 00647/0001                   **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  | **Hours** |
|---|---|---|
| 08/15/2011  Ben-Jacob, Michael | | 1.00 |
| ████████████████████ | | |
| 08/16/2011  Ben-Jacob, Michael | | 0.17 |
| ████████████████ | | |
| | Total Hours................ | 1.17 |
| Fees through 08/31/2011.................................... | | $830.70 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011.............. | | 1.17 | $830.70 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due........................................................ | | $1,493.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                      September 12, 2011

    **RE:** General                                                    **Invoice#:** 679893
    **Our File Number:** 00647/0001                                      **PAGE:**   2

_____

      Fees this Invoice..................................................................   $830.70

      Total Due this Invoice.........................................................   $830.70

      Prior Balance Due (from above)..................................   1,493.70

      **TOTAL DUE.....................................................................**   **$2,324.40**

        **Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                 **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355046



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                              October 11, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III


RE: General                                        **Invoice#:** 682560
**Our File Number:** 00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  |  | Hours |
|---|---|---|
| 09/12/2011 | Ben-Jacob, Michael | 0.42 |
| | Call with Matt regarding pension structure for next ex-dividend deal. | |
| 09/12/2011 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/13/2011 | Woodard, A.F. | 3.17 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/14/2011 | Woodard, A.F. | 4.00 |
| | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. | |
| 09/15/2011 | Ben-Jacob, Michael | 1.25 |
| | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. | |
| 09/15/2011 | Woodard, A.F. | 2.17 |
| | Office conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 09/16/2011 | Woodard, A.F. | 0.83 |
| | Review of material re UBTI and other issues. | |
| 09/20/2011 | Woodard, A.F. | 0.25 |
| | Telephone conference L. Tuchman re UBTI. | |
| 09/21/2011 | Woodard, A.F. | 1.42 |
| | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. | |
| 09/22/2011 | Woodard, A.F. | 0.42 |

**KAYE SCHOLER** LLP

TO:    Argre Management LLC                                    October 11, 2011

RE: General                                                   **Invoice#:** 682560
**Our File Number:** 00647/0001                               **PAGE:**    2

=============================================================================

| Date | Name | Hours |
|---|---|---|
| 09/23/2011 | Woodard, A.F. | 0.50 |
| 09/28/2011 | Ben-Jacob, Michael | 0.17 |
| 09/28/2011 | Veillette, Rebecca | 2.25 |
| 09/29/2011 | Veillette, Rebecca | 0.25 |
| 09/30/2011 | Veillette, Rebecca | 1.08 |

Total Hours................ 19.93

Fees through 09/30/2011.................................... $13,970.50


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.84 | $1,306.40 |
| Woodard, A.F. | 800.00 | 14.51 | 11,608.00 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 09/30/2011............... | | 19.93 | $13,970.50 |

*-----------------------COSTS ADVANCED THROUGH 09/30/2011-----------------------*

Corp. Filings & Searches                                          $661.75

Total Costs through 09/30/2011......................... $661.75


Fees this Invoice................................................................. $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355048**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      October 11, 2011

   **RE:** General                                             **Invoice#:** 682560
   **Our File Number:** 00647/0001                             **PAGE:**    3

═══════════════════════════════════════════════════════════════════════════════

   Costs this Invoice.........................................................................    $661.75
   **Total Due this Invoice.................................................................**    **$14,632.25**

              **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355050

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    November 14, 2011
     40 West 57th Street
     New York, New York  10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                         **Invoice#:** 685991
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                 | Hours |
|------------|-----------------------------------------------------------------|-------|
| 10/03/2011 | Ben-Jacob, Michael                                              | 0.08  |
|            | ██████████████████████                                          |       |
| 10/03/2011 | Eichel, Steven R                                                | 1.83  |
|            | ████████████████████████████████████████████                   |       |
| 10/04/2011 | Veillette, Rebecca                                              | 0.33  |
|            | ███████████████████████████████                                 |       |
| 10/05/2011 | Eichel, Steven R                                                | 0.67  |
|            | ████████████████████████████████████                           |       |
| 10/05/2011 | Veillette, Rebecca                                              | 0.42  |
|            | ███████████████████                                             |       |
| 10/10/2011 | Ben-Jacob, Michael                                              | 0.17  |
|            | Conference with Woody regarding pension/ex-dividend strategy.   |       |
| 10/10/2011 | Woodard, A.F.                                                   | 0.25  |
|            | Office conference M. Ben-Jacob and review of material.         |       |
| 10/12/2011 | Ben-Jacob, Michael                                              | 0.50  |
|            | ████████████████████████████████████                           |       |
| 10/12/2011 | Woodard, A.F.                                                   | 0.50  |
|            | Review of material.                                            |       |
| 10/13/2011 | Woodard, A.F.                                                   | 1.50  |
|            | Review of material re proposed transaction.                    |       |
| 10/17/2011 | Briggs, Lindsey V                                               | 0.33  |
|            | ███████████████████████████                                     |       |
| 10/18/2011 | Ben-Jacob, Michael                                              | 1.08  |
|            | Attention to ex-dividend strategy; related conference with Woody. |     |
| 10/19/2011 | Ben-Jacob, Michael                                              | 0.50  |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      November 14, 2011

**RE:** General                                                **Invoice#:** 685991
**Our File Number:** 00647/0001                                **PAGE:**    2

===========================================================================

Call with Matt, Jerome and Woody regarding pension - ex dividend
planning.
10/19/2011   Woodard, A.F.                                                      1.25
<span>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮</span>;
conference call M. Ben-Jacob and client re proposed investment.

                                     Total Hours.................     9.41

           Fees through 10/31/2011....................................     $6,535.85


*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                          Rate          Hours          Fees
Ben-Jacob, Michael      $710.00          2.33       $1,654.30
Woodard, A.F.            800.00          3.50        2,800.00
Eichel, Steven R         690.00          2.50        1,725.00
Briggs, Lindsey V        410.00          0.33          135.30
Veillette, Rebecca       295.00          0.75          221.25

           Fees through 10/31/2011...............          9.41      $6,535.85


Fees this Invoice...........................................................     $6,535.85
**Total Due this Invoice................................................**     **$6,535.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355053



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 12, 2011
      40 West 57th Street
      New York, New York  10019

**RE:** General                                        **Invoice#:** 688474
**Our File Number:** 00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|            |                   | Hours |
|------------|-------------------|-------|
| 11/08/2011 | Tuchman, L.       | 1.25  |
|            | Telephone conference with M. Stein; research re: proposed structure. | |
| 11/09/2011 | Tuchman, L.       | 0.75  |
|            | Research and telephone conference with M. Stein. | |
| 11/10/2011 | Ben-Jacob, Michael | 0.25 |
|            | Call with Matt and Jerome regarding potential planning. | |

Total Hours................. 2.25

Fees through 11/30/2011................................... $1,927.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Ben-Jacob, Michael  | $710.00  | 0.25  | $177.50   |
| Tuchman, L.         | 875.00   | 2.00  | 1,750.00  |
| Fees through 11/30/2011............... | | 2.25 | $1,927.50 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------\*

Corp. Filings & Searches                                $224.25

Total Costs through 11/30/2011......................... $224.25

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 685991   | 11/14/2011 | $6,535.85 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                     December 12, 2011

**RE:** General                                              **Invoice#:** 688474
**Our File Number:** 00647/0001                                    **PAGE:**    2

Prior Balance Due..........................................................................    $6,535.85


Fees this Invoice...........................................................................    $1,927.50
Costs this Invoice.........................................................................    $224.25
Total Due this Invoice..................................................................    $2,151.75
Prior Balance Due (from above)...................................................    6,535.85
**TOTAL DUE**...........................................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                                March 31, 2012
40 West 57th Street
New York, New York  10019

**RE:** General                                                **Invoice#:** 696544
**Our File Number:** 00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|            |                          | **Hours** |
|------------|--------------------------|-----------|
| 12/07/2011 | Veillette, Rebecca       | 1.00 |
| 12/08/2011 | Veillette, Rebecca       | 1.00 |
| 12/20/2011 | Ben-Jacob, Michael       | 0.75 |
| 12/20/2011 | Briggs, Lindsey V        | 0.25 |
| 12/21/2011 | Briggs, Lindsey V        | 0.42 |
| 12/21/2011 | Veillette, Rebecca       | 0.50 |
| 12/22/2011 | Veillette, Rebecca       | 0.50 |
| 02/02/2012 | Ben-Jacob, Michael       | 0.17 |
| 02/22/2012 | Ben-Jacob, Michael       | 0.25 |
| 02/23/2012 | Ben-Jacob, Michael       | 0.33 |
| 02/23/2012 | Stromberg, Thomas        | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355057**

KAYE SCHOLER LLP

TO:    Argre Management LLC

March 31, 2012

**RE:** General

**Invoice#:** 696544

**Our File Number:** 00647/0001

**PAGE:**    2

===============================================================

| 02/23/2012 | Sluder, Elizabeth C | 0.92 |
| 02/24/2012 | Stromberg, Thomas | 0.50 |
| 02/27/2012 | Stromberg, Thomas | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | 4.58 |
| 02/28/2012 | Stromberg, Thomas | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | 1.17 |
| 03/05/2012 | Wells, Peter B | 2.25 |
| 03/06/2012 | Wells, Peter B | 1.00 |
| 03/15/2012 | Wells, Peter B | 5.00 |

Work on issues related to due diligence for IRAs.

Total Hours.................    24.34

Fees through 03/31/2012....................................    $14,797.45

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                                      March 31, 2012

RE: General                                                                 **Invoice#:** 696544
**Our File Number:** 00647/0001                                             **PAGE:**    3

================================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

*----------------------COSTS ADVANCED THROUGH 03/31/2012----------------------*

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012......................... | $449.09 |

| | |
|---|---|
| Fees this Invoice................................................................ | $14,797.45 |
| Costs this Invoice.............................................................. | $449.09 |
| **Total Due this Invoice..............................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355060



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                              May 14, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                    **Invoice#:** 702756
**Our File Number:** 00647/0001                           **PAGE:** 1

====================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012

====================================================================

|                                                  | **Hours** |
|--------------------------------------------------|-----------|
| 04/05/2012  Ben-Jacob, Michael                   | 0.92      |
| 04/24/2012  Ben-Jacob, Michael                   | 1.00      |
|                                  Total Hours.............. | 1.92 |
|                   Fees through 04/30/2012.................................. | $1,401.60 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                       | Rate     | Hours | Fees      |
|-----------------------|----------|-------|-----------|
| Ben-Jacob, Michael    | $730.00  | 1.92  | $1,401.60 |
| Fees through 04/30/2012............... | | 1.92  | $1,401.60 |

\*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------\*

| Messengers/Courier                              | $26.25  |
|-------------------------------------------------|---------|
| Filing Fees/Court Fees                          | 105.00  |
| Total Costs through 04/30/2012........................ | $131.25 |

| Fees this Invoice.......................................................... | $1,401.60 |
|---------------------------------------------------------------------------|-----------|
| Costs this Invoice......................................................... | $131.25  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    May 14, 2012

**RE:** General                                    **Invoice#:** 702756
**Our File Number:** 00647/0001                              **PAGE:**    2

**Total Due this Invoice**...............................................................    **$1,532.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355062**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355063



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                          June 18, 2012
        40 West 57th Street
        New York, New York 10019

**RE:** General                                          **Invoice#:** 705166
**Our File Number:**00647/0001                              **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2012

|  |  | **Hours** |
|---|---|---|
| 05/03/2012 | Ben-Jacob, Michael | 1.58 |
| 05/04/2012 | Ben-Jacob, Michael | 1.67 |

Total Hours................. 3.25

Fees through 05/31/2012.................................... $2,372.50

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 3.25 | $2,372.50 |
| Fees through 05/31/2012............... | | 3.25 | $2,372.50 |

*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------*

| Transportation | $11.00 |
|---|---|
| Messengers/Courier | 34.06 |
| Total Costs through 05/31/2012........................ | $45.06 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                              June 18, 2012

**RE:** General                                        **Invoice#:** 705166
**Our File Number:** 00647/0001                        **PAGE:**   2

---

Prior Balance Due.......................................................   $1,532.85


Fees this Invoice.......................................................   $2,372.50
Costs this Invoice......................................................     $45.06
Total Due this Invoice.................................................   $2,417.56
Prior Balance Due (from above)..................................   1,532.85
**TOTAL DUE**.........................................................   **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                                  WH_MDL_00355066



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    July 17, 2012
         40 West 57th Street
         New York, New York  10019

**RE:** General                                                    **Invoice#:** 708329
**Our File Number:** 00647/0001                                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

|  |  | **Hours** |
|---|---|---|
| 06/05/2012 | Veillette, Rebecca | 0.33 |
| 06/06/2012 | Veillette, Rebecca | 0.33 |
| 06/12/2012 | Veillette, Rebecca | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael | 0.67 |
| 06/15/2012 | Veillette, Rebecca | 0.50 |
| 06/22/2012 | Veillette, Rebecca | 0.33 |
| 06/27/2012 | Veillette, Rebecca | 0.50 |

Total Hours.................  3.66

Fees through 06/30/2012....................................  $1,371.15

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.67 | $489.10 |
| Veillette, Rebecca | 295.00 | 2.99 | 882.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355067**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          July 17, 2012

**RE:** General                                                  **Invoice#:** 708329
**Our File Number:** 00647/0001                                       **PAGE:**    2

Fees through 06/30/2012...............        3.66        $1,371.15

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due........................................................... | | $3,950.41 |

Fees this Invoice........................................................        $1,371.15
Total Due this Invoice................................................        $1,371.15
Prior Balance Due (from above)..................................        3,950.41
**TOTAL DUE**........................................................        **$5,321.56**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    August 16, 2012
     40 West 57th Street
     New York, New York  10019

**RE:** General                                             **Invoice#:** 711502
**Our File Number:**00647/0001                                 **PAGE:**    1

===============================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2012
===============================================================================

|                                                                | **Hours** |
|----------------------------------------------------------------|-----------|
| 07/25/2012  Veillette, Rebecca                                 | 0.33      |
| ██████████████████████████████                                 |           |
| 07/30/2012  Veillette, Rebecca                                 | 1.00      |
| Attention to forming Rajan Investments LLC.                    |           |

Total Hours................ 1.33

Fees through 07/31/2012.................................. $392.35

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                       | Rate     | Hours | Fees     |
|-----------------------|----------|-------|----------|
| Veillette, Rebecca    | $295.00  | 1.33  | $392.35  |
| Fees through 07/31/2012............... | | 1.33 | $392.35 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| **Invoice#** | **Date**   | **Amount**   |
|--------------|------------|--------------|
| 708329       | 07/17/2012 | $1,371.15    |
| Prior Balance Due................................................ | | $1,371.15 |

Fees this Invoice............................................................. $392.35

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355070**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                           August 16, 2012

    **RE:** General                                               **Invoice#:** 711502
    **Our File Number:** 00647/0001                                **PAGE:**    2

===============================================================================

       Total Due this Invoice.................................................................    $392.35
       Prior Balance Due (from above)...................................................    1,371.15
       **TOTAL DUE...................................................................**    **$1,763.50**

           **Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                September 13, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                           **Invoice#:** 713751
**Our File Number:**00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|  | | **Hours** |
|---|---|---|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
|  | Rajan Investments - operating agreement. | |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    September 13, 2012

RE: General                                    **Invoice#:** 713751
**Our File Number:** 00647/0001                **PAGE:**    2

Fees this Invoice...........................................................................    $1,114.50

**Total Due this Invoice...............................................................**    **$1,114.50**

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                WH_MDL_00355075



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    November 20, 2012
        40 West 57th Street
        New York, New York  10019

**RE:** General                                               **Invoice#:** 720986
**Our File Number:** 00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 09/27/2012 | Ben-Jacob, Michael     | 0.08      |
| 09/28/2012 | Ben-Jacob, Michael     | 1.42      |
| 09/29/2012 | Ben-Jacob, Michael     | 0.17      |
| 10/07/2012 | Ben-Jacob, Michael     | 0.17      |
| 10/11/2012 | Wittenberg, Daniella T | 0.33      |
| 10/16/2012 | Veillette, Rebecca     | 0.25      |
| 10/17/2012 | Wells, Peter B         | 0.75      |
| 10/17/2012 | Veillette, Rebecca     | 0.50      |
| 10/24/2012 | Veillette, Rebecca     | 1.25      |
| 10/25/2012 | Wells, Peter B         | 1.00      |
| 10/25/2012 | Veillette, Rebecca     | 1.50      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    November 20, 2012

RE: General                                                    **Invoice#:** 720986
**Our File Number:** 00647/0001                                **PAGE:**    2

==============================================================================

10/26/2012   Veillette, Rebecca                                               0.50

                                                               ----------
                                       Total Hours................    7.92
             Fees through 10/31/2012...................................   $3,804.90


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                        | Rate     | Hours | Fees       |
|------------------------|----------|-------|------------|
| Ben-Jacob, Michael     | $730.00  | 1.84  | $1,343.20  |
| Wells, Peter B         | 640.00   | 1.75  | 1,120.00   |
| Wittenberg, Daniella T | 490.00   | 0.33  | 161.70     |
| Veillette, Rebecca     | 295.00   | 4.00  | 1,180.00   |
| Fees through 10/31/2012............... | | 7.92  | $3,804.90  |

\*-----------------------COSTS ADVANCED THROUGH 10/31/2012-----------------------\*
          Corp. Filings & Searches                           $2,633.00
          Conference & Legal Staff/Travel Working Meals           27.57
                                                             -------------------
          Total Costs through 10/31/2012........................   $2,660.57


          Fees this Invoice........................................................   $3,804.90
          Costs this Invoice......................................................   $2,660.57
          **Total Due this Invoice................................................**   **$6,465.47**

                 **Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER  WH_MDL_00355078

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      December 10, 2012
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

RE: General                                          **Invoice#:** 722890
**Our File Number:** 00647/0001                      **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|  |  | Hours |
|---|---|---|
| 11/01/2012 | Wells, Peter B | 1.42 |
| 11/05/2012 | Wells, Peter B | 1.50 |
| 11/07/2012 | Gartner, Gary J | 1.50 |
| 11/08/2012 | Gartner, Gary J | 0.83 |
| 11/08/2012 | Veillette, Rebecca | 1.33 |
| 11/09/2012 | Gartner, Gary J | 0.67 |
| 11/12/2012 | Ben-Jacob, Michael | 0.08 |
| 11/14/2012 | Gartner, Gary J | 1.08 |
| 11/15/2012 | Ben-Jacob, Michael | 0.08 |
| 11/15/2012 | Gartner, Gary J<br>Telephone conference with client and review proposed regs. | 1.17 |
| 11/16/2012 | Gartner, Gary J<br>Consider proposed regs regarding trade. | 1.17 |
| 11/19/2012 | Gartner, Gary J<br>Update thinking regarding proposed regulations. | 0.50 |
| 11/21/2012 | Gartner, Gary J<br>Consider further issues regarding proposed regs and trade. | 0.75 |
| 11/28/2012 | Gartner, Gary J<br>Consider issues under proposed regs and trade. | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355079**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        December 10, 2012

RE: General                                                        Invoice#: 722890
Our File Number: 00647/0001                                        PAGE:    2

---

11/29/2012  Gartner, Gary J                                                    1.17
            Review of authorities on possible trade.
                                            Total Hours................    14.75
            Fees through 11/30/2012....................................    $12,924.75

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate      | Hours | Fees       |
|--------------------|-----------|-------|------------|
| Ben-Jacob, Michael | $730.00   | 0.16  | $116.80    |
| Gartner, Gary J    | 1,020.00  | 10.34 | 10,546.80  |
| Wells, Peter B     | 640.00    | 2.92  | 1,868.80   |
| Veillette, Rebecca | 295.00    | 1.33  | 392.35     |
| Fees through 11/30/2012............. | | 14.75 | $12,924.75 |

\*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------\*
        Transportation                                          $84.81
        Total Costs through 11/30/2012........................   $84.81

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date        | Amount     |
|----------|-------------|------------|
| 720986   | 11/20/2012  | $6,465.47  |
| Prior Balance Due................................ | | $6,465.47 |

Fees this Invoice.....................................................    $12,924.75
Costs this Invoice....................................................    $84.81
Total Due this Invoice................................................    $13,009.56
Prior Balance Due (from above)........................................    6,465.47
**TOTAL DUE**.........................................................    **$19,475.03**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355080

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 722890
Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355081

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 727062
**PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|  |  | **Hours** |
|---|---|---|
| 12/04/2012 | Wells, Peter B | 2.00 |
| ███████████████████████████ | | |
| 12/05/2012 | Wells, Peter B | 1.75 |
| ███████████████████████████ | | |
| | Total Hours................. | 3.75 |
| | Fees through 12/31/2012..................................... | $2,400.00 |

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012................ | | 3.75 | $2,400.00 |

| | | |
|---|---|---|
| Fees this Invoice.......................................................... | | $2,400.00 |
| **Total Due this Invoice..............................................** | | **$2,400.00** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                February 21, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                           **Invoice#:** 728997
**Our File Number:**00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 01/22/2013 | Veillette, Rebecca  | 0.50      |
| 01/24/2013 | Tuchman, L.         | 1.00      |
| 01/25/2013 | Tuchman, L.         | 2.50      |
| 01/28/2013 | Tuchman, L.         | 2.75      |
| 01/28/2013 | Veillette, Rebecca  | 1.08      |
|            | Total Hours........ | 7.83      |

Fees through 01/31/2013....................................    $6,231.90

```
*--------------------------------TIME AND FEE SUMMARY--------------------------------*
```

|                     | Rate      | Hours | Fees       |
|---------------------|-----------|-------|------------|
| Tuchman, L.         | $920.00   | 6.25  | $5,750.00  |
| Veillette, Rebecca  | 305.00    | 1.58  | 481.90     |
| Fees through 01/31/2013............... | | 7.83 | $6,231.90 |

```
*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------*
```

| Reporters/Transcripts Fee               | $99.00  |
|-----------------------------------------|---------|
| Total Costs through 01/31/2013......................... | $99.00 |

```
*--------------------------------OUTSTANDING BALANCE--------------------------------*
```

| Invoice#  | Date        | Amount     |
|-----------|-------------|------------|
| 727062    | 01/29/2013  | $2,400.00  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355084**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    February 21, 2013

**RE:** General                                              **Invoice#:** 728997
**Our File Number:** 00647/0001                              **PAGE:**    2

Prior Balance Due...................................................................    $2,400.00

Fees this Invoice.....................................................    $6,231.90
Costs this Invoice...................................................    $99.00
Total Due this Invoice...........................................    $6,330.90
Prior Balance Due (from above)...............................    2,400.00
**TOTAL DUE**.......................................................    **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

March 25, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 731658
**PAGE:**  1

===============================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

===============================================================

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 02/12/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.42 |

Total Hours................. 1.58

Fees through 02/28/2013.................................... $481.90

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate | Hours | Fees |
|--------------------|------|-------|------|
| Veillette, Rebecca | $305.00 | 1.58 | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 728997 | 02/21/2013 | $6,330.90 |
| Prior Balance Due........................................................ | | $6,330.90 |

| | |
|---|---|
| Fees this Invoice........................................................ | $481.90 |
| Total Due this Invoice................................................. | $481.90 |
| Prior Balance Due (from above)................................... | 6,330.90 |
| **TOTAL DUE**........................................................... | **$6,812.80** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355088



# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                   April 22, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                      **Invoice#:** 734523
**Our File Number:**00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|            |                  | **Hours** |
|------------|------------------|-----------|
| 03/04/2013 | Tuchman, L.      | 1.42      |
| 03/05/2013 | Tuchman, L.      | 1.75      |
| 03/06/2013 | Tuchman, L.      | 1.75      |
| 03/07/2013 | Tuchman, L.      | 1.00      |
| 03/07/2013 | Benson, Gregg M  | 4.00      |
| 03/08/2013 | Tuchman, L.      | 1.25      |
| 03/08/2013 | Benson, Gregg M  | 2.25      |
| 03/11/2013 | Tuchman, L.      | 1.75      |
| 03/13/2013 | Tuchman, L.      | 1.00      |
| 03/13/2013 | Benson, Gregg M  | 1.50      |
| 03/18/2013 | Schneider, W.H.  | 0.25      |
| 03/18/2013 | Snider, Vassa G  | 0.92      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355089**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                                April 22, 2013

RE: General                                                        **Invoice#:** 734523
**Our File Number:** 00647/0001                                        **PAGE:**    2

═══════════════════════════════════════════════════════════════

████████████████████████████████████████████

| 03/19/2013 | Snider, Vassa G | 0.42 |
|---|---|---|

████████████████████

| 03/20/2013 | Veillette, Rebecca | 0.33 |
|---|---|---|

Attention to Bernina LLC documentation.

Total Hours................ 19.59

Fees through 03/31/2013.................................... $15,301.05

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Schneider, W.H. | $925.00 | 0.25 | $231.25 |
| Tuchman, L. | 920.00 | 9.92 | 9,126.40 |
| Benson, Gregg M | 715.00 | 7.75 | 5,541.25 |
| Snider, Vassa G | 225.00 | 1.34 | 301.50 |
| Veillette, Rebecca | 305.00 | 0.33 | 100.65 |
| Fees through 03/31/2013............... | | 19.59 | $15,301.05 |

\*----------------------COSTS ADVANCED THROUGH 03/31/2013----------------------\*

| Filing Fees/Court Fees | $125.00 |
|---|---|
| Total Costs through 03/31/2013......................... | $125.00 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 731658 | 03/25/2013 | $481.90 |
| Prior Balance Due......................................................... | | $481.90 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355090**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                                          April 22, 2013

**RE:** General                                                                      **Invoice#:** 734523
**Our File Number:** 00647/0001                                                      **PAGE:**    3

Fees this Invoice............................................................................    $15,301.05
Costs this Invoice..........................................................................      $125.00
Total Due this Invoice....................................................................    $15,426.05
Prior Balance Due (from above)....................................................      481.90
**TOTAL DUE**................................................................................    **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                              **WH_MDL_00355091**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                      May 22, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                               **Invoice#:** 737633
**Our File Number:**00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

| Date | Name | Hours |
|------|------|------:|
| 04/08/2013 | Ben-Jacob, Michael | 1.00 |
| 04/08/2013 | Schneider, W.H. | 0.50 |
| 04/09/2013 | Ben-Jacob, Michael | 0.25 |
| 04/09/2013 | Schneider, W.H. | 0.75 |
| 04/09/2013 | Benson, Gregg M | 0.50 |
| 04/10/2013 | Ben-Jacob, Michael | 0.75 |
| 04/10/2013 | Schneider, W.H. | 0.50 |
| 04/11/2013 | Benson, Gregg M | 1.50 |
| 04/12/2013 | Schneider, W.H. | 0.50 |
| 04/15/2013 | Ben-Jacob, Michael | 0.67 |
| 04/15/2013 | Schneider, W.H. | 0.25 |
| 04/15/2013 | Benson, Gregg M | 2.17 |
| 04/16/2013 | Schneider, W.H. | 0.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355093**



TO:   Argre Management LLC                   May 22, 2013

**RE:** General                           **Invoice#:** 737633
**Our File Number:** 00647/0001        **PAGE:**   2

| | | |
|---|---|---|
| 04/16/2013 | Benson, Gregg M | 3.00 |
| 04/17/2013 | Ben-Jacob, Michael | 0.42 |
| 04/17/2013 | Schneider, W.H. | 1.00 |
| 04/17/2013 | Benson, Gregg M | 0.50 |
| 04/25/2013 | Ben-Jacob, Michael | 0.17 |
| 04/26/2013 | Ben-Jacob, Michael | 0.08 |
| 04/30/2013 | Ben-Jacob, Michael | 0.17 |

Total Hours................ 14.93

Fees through 04/30/2013.................................... $11,602.85

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 3.51 | $2,650.05 |
| Schneider, W.H. | 925.00 | 3.75 | 3,468.75 |
| Benson, Gregg M | 715.00 | 7.67 | 5,484.05 |
| Fees through 04/30/2013............... | | 14.93 | $11,602.85 |

Fees this Invoice.......................................................... $11,602.85
**Total Due this Invoice..............................................** **$11,602.85**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    August 26, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                      **Invoice#:** 745613
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| 07/29/2013 | Veillette, Rebecca | 0.42 |

Total Hours................. 2.34

Fees through 07/31/2013................................... $713.70

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |

Fees this Invoice........................................................................ $713.70
**Total Due this Invoice..............................................................** **$713.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355096**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355097



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 10, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                               **Invoice#:** 747225
**Our File Number:** 00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|  |  | **Hours** |
|---|---|---:|
| 08/09/2013 | Ben-Jacob, Michael | 0.50 |
|  | ███████████████████████ | |
| 08/12/2013 | Sausen, David | 1.00 |
|  | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | |
|  | ████████████████ | |
| 08/15/2013 | Veillette, Rebecca | 1.50 |
|  | ████████████████ | |
| 08/16/2013 | Sausen, David | 0.50 |
|  | ██████████████ Telephone conference with M. Ben-Jaocb. ███████ | |
| 08/21/2013 | Veillette, Rebecca | 1.25 |
|  | ████████████ | |
| 08/26/2013 | Ben-Jacob, Michael | 1.00 |
|  | ████████████████████ | |
| 08/26/2013 | Sausen, David | 1.50 |
|  | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ████████████ | |
| 08/27/2013 | Veillette, Rebecca | 1.25 |
|  | ████████████████ | |

Total Hours................ 8.50

Fees through 08/31/2013....................................    $4,542.50

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355098**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC

September 10, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 747225
**PAGE:**    2

═══════════════════════════════════════════════════════

|                        | Rate      | Hours | Fees       |
|------------------------|-----------|-------|------------|
| Ben-Jacob, Michael     | $755.00   | 1.50  | $1,132.50  |
| Sausen, David          | 730.00    | 3.00  | 2,190.00   |
| Veillette, Rebecca     | 305.00    | 4.00  | 1,220.00   |
| Fees through 08/31/2013............... | | 8.50  | $4,542.50  |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 745613   | 08/26/2013 | $713.70 |
| Prior Balance Due........................................................... | | $713.70 |

Fees this Invoice........................................................... $4,542.50
Total Due this Invoice................................................. $4,542.50
Prior Balance Due (from above)................................... 713.70
**TOTAL DUE.......................................................** **$5,256.20**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355099**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355100**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                      October 7, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com


**RE:** General                                        **Invoice#:** 749882
**Our File Number:**00647/0001                          **PAGE:**    1

===========================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

---

|  |  | **Hours** |
|---|---|---|
| 09/10/2013 | Sausen, David | 0.50 |
|  | Emails with A. Larosa re: ex-dividend transaction. |  |
| 09/10/2013 | Veillette, Rebecca | 1.50 |
| 09/11/2013 | Veillette, Rebecca | 1.08 |
| 09/30/2013 | Ben-Jacob, Michael | 0.33 |

                                        Total Hours.................  3.41

              Fees through 09/30/2013....................................    $1,401.05


\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 0.33 | $249.15 |
| Sausen, David | 730.00 | 0.50 | 365.00 |
| Veillette, Rebecca | 305.00 | 2.58 | 786.90 |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |


              Fees this Invoice.......................................................    $1,401.05


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355101**

**KAYE** | **SCHOLER** LLP

TO:  Argre Management LLC                                      October 7, 2013

**RE:** General                                          **Invoice#:** 749882
**Our File Number:** 00647/0001                              **PAGE:**   2

===============================================================

**Total Due this Invoice**...............................................................    **$1,401.05**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355102**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355103**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                    November 15, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                              **Invoice#:** 754424
**Our File Number:**00647/0001                **PAGE:**    1

===============================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2013

===============================================================

|  |  | **Hours** |
|---|---|---|
| 10/06/2013 | Sausen, David | 3.00 |
|  | Tax research. Prepared email to client re: ex-dividend transaction. |  |
| 10/08/2013 | Sausen, David | 1.25 |
|  | ██████████████████ Revised email to client re: ex-dividend transaction. |  |
| 10/09/2013 | Abramowitz, L. | 0.75 |
|  | ███████████████████ |  |
| 10/09/2013 | Sausen, David | 1.00 |
|  | ████████████████████████████ |  |
| 10/10/2013 | Sausen, David | 1.00 |
|  | Discussions with G. Gartner and M. Ben-Jacob. Revised email to client. Email to M. Stein re: ex-dividend transaction. |  |

Total Hours................. 7.00

Fees through 10/31/2013.................................... $5,245.00

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Abramowitz, L. | $910.00 | 0.75 | $682.50 |
| Sausen, David | 730.00 | 6.25 | 4,562.50 |
| Fees through 10/31/2013............... |  | 7.00 | $5,245.00 |

\*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    November 15, 2013

**RE:** General                                                **Invoice#:** 754424
**Our File Number:** 00647/0001                                **PAGE:**    2

===============================================================================

Consultants/Experts                                    $1,100.00
Total Costs through 10/31/2013.........................    $1,100.00


Fees this Invoice........................................................    $5,245.00
Costs this Invoice.......................................................    $1,100.00
**Total Due this Invoice...............................................**    **$6,345.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355105**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                December 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 756477
**Our File Number:**00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

```
*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------*
```
          Consultants/Experts                              $3,000.00
                                                       -------------------
             Total Costs through 11/30/2013........................    $3,000.00


Costs this Invoice..........................................................    $3,000.00
**Total Due this Invoice..............................................**    **$3,000.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 756477
Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355108



**425 Park Avenue**
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        January 13, 2014
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 760179
**Our File Number:** 00647/0001                          **PAGE:**    1

====================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 12/31/2013

====================================================================

|  |  | **Hours** |
|---|---|---|
| 12/11/2013 | Sausen, David ████████████ | 0.75 |
| 12/12/2013 | Sausen, David ██████████████████ | 0.25 |
| 12/16/2013 | Ben-Jacob, Michael ██████████ | 0.25 |
| 12/17/2013 | Sausen, David █████████████████ | 0.50 |

Total Hours................. 1.75

Fees through 12/31/2013.................................... $1,283.75


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 0.25 | $188.75 |
| Sausen, David | 730.00 | 1.50 | 1,095.00 |
| Fees through 12/31/2013............... | | 1.75 | $1,283.75 |


Fees this Invoice.......................................................................... $1,283.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355109**

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                     January 13, 2014

RE: General                                                     **Invoice#:** 760179
**Our File Number:** 00647/0001                                 **PAGE:**    2

**Total Due this Invoice**................................................................    **$1,283.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355110**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 760179
Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



**425 Park Avenue**
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    February 20, 2014
     40 West 57th Street
     New York, New York 10019
     alicia@argremgt.com

**RE:** General                                       **Invoice#:** 762871
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|                                              | **Hours** |
|                                              | ---------- |
| 01/29/2014  Veillette, Rebecca               | 0.33 |

|                          | ---------- |
| Total Hours................ | 0.33 |
| Fees through 01/31/2014.................................. | $103.95 |

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                     | Rate    | Hours | Fees    |
|---------------------|---------|-------|---------|
| Veillette, Rebecca  | $315.00 | 0.33  | $103.95 |
| Fees through 01/31/2014............... | | 0.33 | $103.95 |

| | | |
|---|---|---|
| Fees this Invoice........................................................................ | | $103.95 |
| **Total Due this Invoice................................................................** | | **$103.95** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 762871
Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          July 22, 2014
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

**RE:** General                                          **Invoice#:** 775031
**Our File Number:**00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2014

|            |                   | **Hours** |
|------------|-------------------|-----------|
| 06/13/2014 | Sausen, David     | 1.25      |

Telephone conference with Matt and John re: UBTI issues.  Tax research.
Telephone conference and emails with G. Weinkam.

| 06/17/2014 | Zwick, Mary L | 0.50 |
|------------|---------------|------|
|            | ▮▮▮▮▮▮▮▮▮▮▮▮   |      |
| 06/26/2014 | Culhane, Stephen | 0.33 |
|            | ▮▮▮▮▮▮▮▮       |      |
| 06/30/2014 | Culhane, Stephen | 0.25 |
|            | ▮▮▮▮▮▮▮▮▮▮     |      |

                                        Total Hours................  2.33

              Fees through 06/30/2014...................................  $1,815.30

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                   | Rate     | Hours | Fees     |
|-------------------|----------|-------|----------|
| Culhane, Stephen  | $910.00  | 0.58  | $527.80  |
| Sausen, David     | 760.00   | 1.25  | 950.00   |
| Zwick, Mary L     | 675.00   | 0.50  | 337.50   |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |

Fees this Invoice.........................................................  $1,815.30
**Total Due this Invoice..............................................**  **$1,815.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
              Mail Code 81
              P. O. Box 11839
              Newark, New Jersey 07101-8138


## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
       153 East 53rd Street
       New York, New York 10022
       Attention: Marsha Burnett
       Telephone: 212.559.3787

       ABA Routing Number: 021000089
       Bank Identification Code/SWIFT Code: CITIUS33
       Account Name: Kaye Scholer LLP
       Account Number: 9981494431

       RE: Argre Management LLC
       Our File Number: 00647/0001
       Invoice Number: 775031
       Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355115**



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                August 25, 2014
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                          **Invoice#:** 777180
**Our File Number:** 00647/0001                          **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2014

|            |                                                                                          | **Hours** |
|------------|------------------------------------------------------------------------------------------|-----------|
| 07/02/2014 | Culhane, Stephen                                                                         | 0.33      |
|            | Advisers Act issues with P Wells.                                                         |           |
| 07/08/2014 | Culhane, Stephen                                                                         | 0.67      |
|            | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. | |
| 07/09/2014 | Culhane, Stephen                                                                         | 0.50      |
|            | Telcon with Matt Stein.                                                                  |           |
| 07/10/2014 | Culhane, Stephen                                                                         | 0.33      |
|            | Conference with M Ben-Jacob.                                                              |           |

Total Hours................. 1.83

Fees through 07/31/2014.................................... $1,665.30

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                   | Rate     | Hours | Fees       |
|-------------------|----------|-------|------------|
| Culhane, Stephen  | $910.00  | 1.83  | $1,665.30  |

Fees through 07/31/2014............... 1.83    $1,665.30

Fees this Invoice......................................................... $1,665.30

**Total Due this Invoice................................................. $1,665.30**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355116



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                    Mail Code 81
                    P. O. Box 11839
                    Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 777180
      Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER           WH_MDL_00355117



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com

September 24, 2014

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 780144
**PAGE:**    1

===============================================================
**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 08/31/2014
===============================================================

|  |  | **Hours** |
|---|---|---|
| 08/22/2014  Golub, Elizabeth | ███████████████████ | 0.33 |
| 08/26/2014  Golub, Elizabeth | ████████████████ | 0.33 |
| 08/28/2014  Ben-Jacob, Michael | ███████████████ | 0.17 |
| 08/28/2014  Wells, Peter B | █████████████████████ | 4.00 |
| 08/29/2014  Wells, Peter B | ██████████████████ | 1.67 |

Total Hours................. 6.50

Fees through 08/31/2014.................................... $4,258.90

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 0.17 | $133.45 |
| Wells, Peter B | 695.00 | 5.67 | 3,940.65 |
| Golub, Elizabeth | 280.00 | 0.66 | 184.80 |
| Fees through 08/31/2014............... | | 6.50 | $4,258.90 |

*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------*

| Corp. Filings & Searches | $484.50 |
|---|---|
| Total Costs through 08/31/2014......................... | $484.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                                    September 24, 2014

**RE:** General                                              **Invoice#:** 780144
**Our File Number:** 00647/0001                              **PAGE:**    2

---

*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date | Amount |
|----------|------|--------|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due............................................................... | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice................................................................ | $4,258.90 |
| Costs this Invoice............................................................... | $484.50 |
| Total Due this Invoice......................................................... | $4,743.40 |
| Prior Balance Due (from above)............................................. | 1,665.30 |
| **TOTAL DUE**.................................................................. | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 780144
Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                November 14, 2014
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com

**RE:** General                                         **Invoice#:** 783712
**Our File Number:**00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 08/12/2014 | Ben-Jacob, Michael   | 0.42      |
| 09/04/2014 | Ben-Jacob, Michael   | 0.50      |
| 09/09/2014 | Ben-Jacob, Michael   | 0.50      |
| 09/11/2014 | Ben-Jacob, Michael   | 0.75      |
| 09/22/2014 | Ben-Jacob, Michael   | 1.50      |
| 09/22/2014 | Wells, Peter B       | 1.58      |
|            | Call with group re general plan issues. | |
| 09/25/2014 | Wells, Peter B       | 1.50      |
| 09/29/2014 | Ben-Jacob, Michael   | 0.50      |
|            | Conference with Peter re: structuring dissolution of plans and payments to Adam. | |
| 09/29/2014 | Wells, Peter B       | 2.50      |
| 09/30/2014 | Wells, Peter B       | 2.17      |
| 10/01/2014 | Wells, Peter B       | 0.75      |
| 10/09/2014 | Wells, Peter B       | 0.83      |
|            | Work on issues related to new plans. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355121**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                    November 14, 2014

**RE:** General                                              **Invoice#:** 783712
**Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================

| Date | Name | | Hours |
|---|---|---|---|
| 10/10/2014 | Wells, Peter B | | 0.50 |
| | Work on new plan matters. | | |
| 10/12/2014 | Ben-Jacob, Michael | ███████████████ | 1.58 |
| 10/13/2014 | Wells, Peter B | ███████████████ | 1.58 |
| 10/14/2014 | Ben-Jacob, Michael | ███████████████ | 0.17 |
| 10/14/2014 | Wells, Peter B | ███████████████ | 1.00 |
| 10/20/2014 | Veillette, Rebecca | ███████████████ | 0.50 |

Total Hours................  18.83

Fees through 10/31/2014....................................  $13,429.65

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |

Fees this Invoice.........................................................................  $13,429.65
**Total Due this Invoice.............................................................  $13,429.65**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355122**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 783712
Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE SCHOLER LLP**

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                  December 24, 2014
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com

**RE:** General                                               **Invoice#:** 786881
**Our File Number:**00647/0001                                  **PAGE:**    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 10/21/2014 | Ben-Jacob, Michael     | 0.67      |
| 11/24/2014 | Culhane, Stephen       | 0.25      |

Total Hours................. 0.92

Fees through 11/30/2014................................... $753.45

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                December 24, 2014

**RE:** General                                    **Invoice#:** 786881
**Our File Number:** 00647/0001                           **PAGE:**    2

═══════════════════════════════════════════════════════════════════

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                          | Rate      | Hours | Fees      |
|--------------------------|-----------|-------|-----------|
| Ben-Jacob, Michael       | $785.00   | 0.67  | $525.95   |
| Culhane, Stephen         | 910.00    | 0.25  | 227.50    |
| Fees through 11/30/2014..............| | 0.92  | $753.45   |

Fees this Invoice.........................................................................    $753.45

**Total Due this Invoice...............................................................    $753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
　　　　　　　　Mail Code 81
　　　　　　　　P. O. Box 11839
　　　　　　　　Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

　　　Bank: Citibank, N.A.
　　　　　　153 East 53rd Street
　　　　　　New York, New York 10022
　　　　　　Attention: Marsha Burnett
　　　　　　Telephone: 212.559.3787

　　　　　　ABA Routing Number: 021000089
　　　　　　Bank Identification Code/SWIFT Code: CITIUS33
　　　　　　Account Name: Kaye Scholer LLP
　　　　　　Account Number: 9981494431

　　　　　　RE: Argre Management LLC
　　　　　　Our File Number: 00647/0001
　　　　　　Invoice Number: 786881
　　　　　　Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355126**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                February 19, 2015
        40 West 57th Street Suite 1610
        New York, New York  10019
        acolodner@maplept.com

        **RE:** General                              **Invoice#:** 791361
        **Our File Number:** 00647/0001              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |

Total Hours................. 1.25

Fees through 12/31/2014.................................... $868.75

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
| Fees through 12/31/2014............... | | 1.25 | $868.75 |

Fees this Invoice.......................................................... $868.75

**Total Due this Invoice................................................. $868.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 791361
Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355128**

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York  10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

**For Legal Services Rendered through February 28, 2015**                    137.70

**Total Amount Due**                                            $        137.70

**Wire Transfer Instructions:**

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**            Arnold & Porter Kaye Scholer LLP
                    P.O. Box 759451
                    Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 30, 2015                                                          Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|------|------|-------|-----------|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|------------|-------|------|-------|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                        **$137.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355130**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      July 31, 2015
      40 West 57th Street Suite 1610
      New York, New York 10019
      acolodner@maplept.com

**RE:** General                                              **Invoice#:** 805139
**Our File Number:** 00647/0001                                 **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2015

|            |                                                                                       | **Hours** |
|------------|---------------------------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                                     | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same. Interoffice conferences. |  |
| 04/22/2015 | Veillette, Rebecca                                                                     | 1.30      |
|            | Attention to FBAR questions.                                                           |           |
| 04/24/2015 | Veillette, Rebecca                                                                     | 0.45      |
|            | Attention to FBAR matters.                                                             |           |
| 05/05/2015 | Veillette, Rebecca                                                                     | 0.40      |
|            | Attention to FBAR matters.                                                             |           |
| 05/07/2015 | Veillette, Rebecca                                                                     | 0.45      |
|            | Attention to foreign bank account reporting matters. Interoffice conferences regarding same. |  |
| 05/08/2015 | Veillette, Rebecca                                                                     | 0.20      |
|            | Attention to 2013 FBAR information.                                                    |           |
| 05/13/2015 | Veillette, Rebecca                                                                     | 0.45      |
|            | Attention to foreign tax reporting matters.                                           |           |

Total Hours................. 4.45

Fees through 06/30/2015................................... $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355131**

**KAYE**|**SCHOLER** LLP

TO:    Argre Management LLC                                July 31, 2015

**RE:** General                                          **Invoice#:** 805139
**Our File Number:** 00647/0001                           **PAGE:**    2

---

```
*---------------------------------TIME AND FEE SUMMARY--------------------------------*
                                    Rate        Hours            Fees
Veillette, Rebecca              $325.00         4.45        $1,446.25

            Fees through 06/30/2015...............     4.45        $1,446.25


            Fees this Invoice.........................................................     $1,446.25
            Total Due this Invoice...............................................     $1,446.25
```

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355133



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    August 21, 2015
40 West 57th Street Suite 1610
New York, New York 10019
acolodner@maplept.com

**RE:** General                                              **Invoice#:** 807022
**Our File Number:** 00647/0001                                  **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|                                          | **Hours** |
|------------------------------------------|-----------|
| 07/14/2015  Golub, Elizabeth             | 0.25      |
|                                          | ---------- |
| Total Hours................               | 0.25      |
| Fees through 07/31/2015.................................... | $70.00 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                              | Rate     | Hours | Fees   |
|------------------------------|----------|-------|--------|
| Golub, Elizabeth             | $280.00  | 0.25  | $70.00 |
| Fees through 07/31/2015...............  |          | 0.25  | $70.00 |

*----------------------COSTS ADVANCED THROUGH 07/31/2015----------------------*

| Corp. Filings & Searches                          | $250.50 |
|---------------------------------------------------|---------|
| Total Costs through 07/31/2015........................ | $250.50 |

| Fees this Invoice.......................................................... | $70.00 |
|----------------------------------------------------------------------------|---------|
| Costs this Invoice......................................................... | $250.50 |
| **Total Due this Invoice................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355134**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355135