# Exhibit 71

**From:**       Richard Markowitz <Rmarkowitz@argremgt.com>
**Sent:**       Wednesday, March 16, 2011 1:47 PM
**To:**         Ben-Jacob, Michael; ~LH lf 03-22-2013 Tuchman, Louis; Wells, Peter
**Cc:**          John Van Merkensteijn, III; Jérôme LHOTE; Adam Larosa; Matthew Stein
**Subject:**    Re: Diagram for Transaction
**Attachments:**   Basic Structure PDF



Try this.


On 3/16/11 1:40 PM, "Michael Ben-Jacob" <michael.ben-jacob@kayescholer.com> wrote:

>   Richard,

>   I cannot open the attachment.  Can you scan and send as a pdf?


>   Michael Ben-Jacob
>   Kaye Scholer LLP
>   425 Park Avenue
>   New York, New York, 10022
>   Phone: 212-836-8310
>   Fax: 212-836-6310
>   email: michael.ben-jacob@kayescholer.com


>   **From:** Richard Markowitz [mailto:Rmarkowitz@argremgt.com]
>   **Sent:** Wednesday, March 16, 2011 1:02 PM
>   **To:** Ben-Jacob, Michael; Tuchman, Louis; Wells, Peter
>   **Cc:** John Van Merkensteijn, III; Jérôme LHOTE; Adam Larosa; Matthew Stein
>   **Subject:** Diagram for Transaction

>   Michael:

>   Attached please find a diagram for the major aspects of the transaction.  Solo Capital has reviewed
>   this.  They also can provide a detailed summary of a trade, if needed.  This takes you step by step
>   through the orders to buy shares (and hedge) and then sell the shares (and unwind the hedge).

>   Also, with respect to the diagram, the other significant party is Acupay.  As we discussed, they submit
>   the requests to the German government for withholding tax refunds.  A contract with Acupay will have
>   to be signed by the Charity as well.

>   You can disclose the names of the investors.

>   Let us know if this diagram is helpful.  We and Solo can obviously prepare the more detailed information
>   when appropriate.

>   Thanks

1

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER         WH_MDL_00276116

--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:      (212) 247-2600
Fax:      (212) 247-2753
Mobile:  (917) 848-5675

RMarkowitz@Argremgt.com

2

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00276117

# STRUCTURE OF TRANSACTION



CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00276118